# UNITED STATES DISTRICT COURT
## District of Minnesota

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| *In re: Target Corporation Securities Litigation* | Master File No. 16cv1315 (JNE/BRT) |
| *In re: Target Corporation ERISA Litigation* | Master File No. 16cv2400 (JNE/BRT) |

THIS ORDER RELATES TO: All Actions

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Joint Motion to Dismiss in the securities action [Dkt. No. 69 in Master File No. 16-CV-1315 (JNE/BRT)] is GRANTED.

2. Defendants' Motion to Dismiss in the ERISA action [Dkt. No. 28 in Master File No. 16-CV-2400 (JNE/BRT)] is GRANTED.

3. The Securities Amended Complaint [Dkt. No. 57 in Master File No. 16-CV-1315 (JNE/BRT)] is DISMISSED WITHOUT PREJUDICE.

4. The ERISA Amended Complaint [Dkt. No. 22 in Master File No. 16-CV-2400 (JNE/BRT)] is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| Date: August 1, 2017 | RICHARD D. SLETTEN, CLERK |
| | s/L. Brennan |
| | (By)   L. Brennan , Deputy Clerk |